| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Finley Design, P.A.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
**DBA  Finley Design PA Architecture + Interiors**

**3. Debtor's federal Employer Identification Number** (EIN)  
**20-0703054**

**4. Debtor's address**  

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7806 NC Highway 751**<br>**Suite 110**<br>**Durham, NC 27713**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Durham**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Finley Design, P.A.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Finley Design, P.A.**           Case number (*if known*)
      Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 3

| Debtor | **Finley Design, P.A.** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | **Finley Design, P.A.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 13, 2025**
MM / DD / YYYY

**X /s/ Kerry Finley**          **Kerry Finley**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Philip M. Sasser**          Date **June 13, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Philip M. Sasser**
Printed name

**Sasser Law Firm**
Firm name

**2000 Regency Parkway**
**Suite 230**
**Cary, NC 27518**
Number, Street, City, State & ZIP Code

Contact phone  **919.319.7400**      Email address  **travis@sasserbankruptcy.com**

**38479 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Finley Design, P.A.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP**<br>**Attn: Managing Agent**<br>**400 Covina Blvd.**<br>**San Dimas, CA 91773** | | **Account** | | | | $60,661.00 |
| **Alex Nunes**<br>**8815 Autumn Winds Drive**<br>**Raleigh, NC 27615** | | **Wages** | | | | $24,540.00 |
| **American Express**<br>**Attn: Managing Agent/Bankruptcy**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | | **Credit Card** | | | | $30,232.11 |
| **American Express**<br>**Attn: Managing Agent/Bankruptcy**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | | **Credit Card** | | | | $97,872.07 |
| **Barton Associates**<br>**Attn: Managing Agent**<br>**221 West Philadelphia Street**<br>**York, PA 17401** | | **Loan** | | | | $21,335.00 |
| **Blade Funding Corp**<br>**Attn: Managing Agent**<br>**1515 Pine Street**<br>**Lakewood, NJ 08701** | | **All assets** | | $150,095.00 | $0.00 | $150,095.00 |
| **BlueVine**<br>**Attn: Managing Agent/Bankruptcy**<br>**401 Warren Street**<br>**Redwood City, CA 94063** | | **Loan** | | | | $19,460.28 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Finley Design, P.A.**              Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital Associates**<br>**Attn: Managing Agent**<br>**1501 Sunrise Avenue, Suite 100**<br>**Raleigh, NC 27608** | | Account | | | | $170,503.96 |
| **EM Structural**<br>**Attn: Managing Agent**<br>**4208 Six Forks Road, Suite 830**<br>**Raleigh, NC 27609** | | Loan | | | | $73,645.00 |
| **First Citizens Bank**<br>**Attn: Managing Agent/Bankruptcy**<br>**3601 Thirlane Road NW**<br>**Roanoke, VA 24019** | | All assets | | $152,530.82 | $0.00 | $152,530.82 |
| **Highland Hill Capital, LLC**<br>**Attn: Managing Agent**<br>**1100 Park Central Blvd Suite 1200**<br>**Pompano Beach, FL 33064** | | All assets | | $140,000.00 | $0.00 | $140,000.00 |
| **IMEG Consultants Corp**<br>**Attn: Managing Agent**<br>**623 26th Ave.**<br>**Rock Island, IL 61201** | | Account | | | | $198,972.48 |
| **Kapitus LLC**<br>**Attn: Managing Agent/Bankruptcy**<br>**2500 Wilson Boulevard Suite 350**<br>**Arlington, VA 22201** | | All Assets | | $235,400.00 | $0.00 | $235,400.00 |
| **Lift Marketing Consulting**<br>**Attn: Managing Agent**<br>**13839 Lawther Road**<br>**Huntersville, NC 28078** | | Accoun | | | | $30,080.00 |
| **Lighthouse Engineering**<br>**Attn: Managing Agent**<br>**1101 Haynes Street, Suite 108**<br>**Raleigh, NC 27604** | | Account | | | | $219,540.77 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor **Finley Design, P.A.**　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marlin Leasing, Corp.** **Attn: Managing Agent** **300 Fellowship Road** **Mount Laurel, NJ 08054** | | All assets | | $80,000.00 | $0.00 | $80,000.00 |
| **NextRoll** **Attn: Managing Agent** **201 California Street** **San Francisco, CA 94111** | | Account | | | | $48,000.00 |
| **Small Business Administration** **Attn: Managing Agent/Bankruptcy** **2 North 20th Street, Suite 320** **Birmingham, AL 35203** | | All Assets | | $1,296,600.00 | $0.00 | $1,296,600.00 |
| **Steven Davis** **957 Lemster Drive** **Cary, NC 27519** | | Wages | | | | $25,200.00 |
| **Stewart Engineering** **Attn: Managing Agent** **PO Box 826784** **Philadelphia, PA 19182-6784** | | Account | | | | $184,289.00 |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Finley Design, P.A.**                                         Case No.
                              Debtor(s)                                 Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 13, 2025**                    **/s/ Kerry Finley**
                                             **Kerry Finley**/**President**
                                             Signer/Title

Date:   **June 13, 2025**                    **/s/ Philip M. Sasser**
                                             Signature of Attorney
                                             **Philip M. Sasser**
                                             **Sasser Law Firm**
                                             **2000 Regency Parkway**
                                             **Suite 230**
                                             **Cary, NC 27518**
                                             **919.319.7400   Fax: 919.657.7400**

Accent Imaging
Attn: Managing Agent
8121 Brownleigh Drive
Raleigh, NC 27617

Bashyam Global
Attn: Managing Agent
PO Box 2477
Raleigh, NC 27602

Desh, LLC
c/o Capital Associates Management
1501 Sunrise Avenue, Suite 100
Raleigh, NC 27608

ADP
Attn: Managing Agent
400 Covina Blvd.
San Dimas, CA 91773

Blade Funding Corp
Attn: Managing Agent
1515 Pine Street
Lakewood, NJ 08701

EM Structural
Attn: Managing Agent
4208 Six Forks Road, Suite 830
Raleigh, NC 27609

Alex Nunes
8815 Autumn Winds Drive
Raleigh, NC 27615

BlueVine
Attn: Managing Agent/Bankruptcy
401 Warren Street
Redwood City, CA 94063

First Citizens Bank
Attn: Managing Agent/Bankruptcy
3601 Thirlane Road NW
Roanoke, VA 24019

Alfafam Management Consulting
Attn: Managing Agent
66 W. Flagler St., Suite 900
Miami, FL 33130

Brian Williams
3090 Bluebird Lane
#207
Mebane, NC 27302

GreenTech Consulting, Inc.
Attn: Managing Agent
200 Morrisville Square Way, Ste 10
Raleigh, NC 27656

Allen, Moore & Rogers, LLP
John C. Rogers III
PO Box 18627
Raleigh, NC 27619-8627

Canon Financial Services
Attn: Managing Agent
158 Gaither Drive Suite 200
Mount Laurel, NJ 08054-1716

Highland Hill Capital, LLC
Attn: Managing Agent
1100 Park Central Blvd Suite 1200
Pompano Beach, FL 33064

Altus Commercial Receivables
Attn: Managing Agent
2121 Airline Drive, Suite 520
Metairie, LA 70001

Capital Associates
Attn: Managing Agent
1501 Sunrise Avenue, Suite 100
Raleigh, NC 27608

IMEG Consultants Corp
Attn: Managing Agent
623 26th Ave.
Rock Island, IL 61201

American Express
Attn: Managing Agent/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Cheryl Trivette
9309 Langwood Drive
Raleigh, NC 27617

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Atlantec Engineers PA
Attn: Managing Agent
3221 Blue Ridge Road, Suite 113
Raleigh, NC 27612

Creditors Relief
Attn: Managing Agent
333 Sylvan Avenue, Suite 105
Englewood Cliffs, NJ 07632

Kapitus LLC
Attn: Managing Agent/Bankruptcy
2500 Wilson Boulevard Suite 350
Arlington, VA 22201

Barton Associates
Attn: Managing Agent
221 West Philadelphia Street
York, PA 17401

David Fogel, Esq
1225 Franklin Avenue
Suite 201
Garden City, NY 11530

Kerry Finley
6714 Somerknoll Drive
Durham, NC 27713

Kilian Engineering, Inc.
Attn: Managing Agent
PO Box 3301
Henderson, NC 27536

Omar Saada
5114 Alercia Court
Raleigh, NC 27606

Stewart Engineering
Attn: Managing agent
434 Fayetteville Street, Suite 1400
Raleigh, NC 27601

Lift Marketing Consulting
Attn: Managing Agent
13839 Lawther Road
Huntersville, NC 28078

PEAC Solutions
Attn: Managing Agent
300 Fellowship Road
Mount Laurel, NJ 08054

The Leviton Law Firm, LTD
One Pierce Place
Suite 725W
Itasca, IL 60143

Lighthouse Engineering
Attn: Managing Agent
1101 Haynes Street, Suite 108
Raleigh, NC 27604

QRPS
Attn: Managing Agent
PO Box 99163
Raleigh, NC 27624

Zoom Info
Attn: Managing Agent
805 Broadway Sreet, Suite 900
Vancouver, WA 98660

MacVantage
Attn: Managing Agent
3900 Barrett Drive, Suite 204
Raleigh, NC 27609

Randy Carson
3426 Dropseed Drive
Apex, NC 27502

Marlin Leasing, Corp.
Attn: Managing Agent
300 Fellowship Road
Mount Laurel, NJ 08054

Sara Irshid
4842 Sir Duncan Way
Raleigh, NC 27612

Mouhanad Elfadaly
205 Cabana Drive
Apex, NC 27539

Small Business Administration
Attn: Managing Agent/Bankruptcy
2 North 20th Street, Suite 320
Birmingham, AL 35203

NC Department of Labor
Attn: Managing Agent
1101 Mail Service Center
Raleigh, NC 27699-1101

Social Solved
Attn: Managing Agent
3822 Falls River Avenue
Raleigh, NC 27614

NC Department of Revenue
Services Division/ Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

Steven Davis
957 Lemster Drive
Cary, NC 27519

NextRoll
Attn: Managing Agent
201 California Street
San Francisco, CA 94111

Stewart Engineering
Attn: Managing Agent
PO Box 826784
Philadelphia, PA 19182-6784

**United States Bankruptcy Court**
Eastern District of North Carolina

In re **Finley Design, P.A.**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kerry Finley**, declare under penalty of perjury that I am the **President** of **Finley Design, P.A.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **13th** day of **June**, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kerry Finley**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kerry Finley, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kerry Finley, President** of this Corporation is authorized and directed to employ **Philip M. Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case."

Date **June 13, 2025**

Signed /s/ Kerry Finley
**Kerry Finley**

Resolution of Board of Directors
of
**Finley Design, P.A.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kerry Finley, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kerry Finley, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kerry Finley, President** of this Corporation is authorized and directed to employ **Philip M. Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case.

Date  **June 13, 2025**          Signed  **/s/Kerry Finley**
                                         **Kerry Finley**